# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 27, 2025

In re:
Adam P. Goetz

Heather L. Goetz
Debtor*

Case Number: 24–50439
Chapter: 7

**FINAL DECREE, DISCHARGE OF TRUSTEE,
CANCELLING TRUSTEE'S BOND, AND CLOSING THE CASE**

Pursuant to 11 U.S.C. § 350(a), and based on the record of this case, the Court concludes the estate of Adam P. Goetz and Heather L. Goetz has been fully administered.

Pursuant to 11 U.S.C. § 554(c), unless the court orders otherwise, any property scheduled under 11 U.S.C. § 521(a)(1) not otherwise administered at the time of closing of a case is abandoned to the debtor and administered for purposes of 11 U.S.C. § 350. Accordingly, it is hereby

**ORDERED:** George I. Roumeliotis is discharged as the Chapter 7 Trustee of the estate of Adam P. Goetz and Heather L. Goetz; and it is further

**ORDERED:** the Chapter 7 Trustee's bond as it applies to this case is cancelled unless otherwise ordered; and it is further

**ORDERED:** the Chapter 7 case of Adam P. Goetz and Heather L. Goetz is hereby closed.

Dated: March 27, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form fnldec –

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.